**Charlie TAYLOR, Plaintiff–Appellant,**

**v.**

**Donald A. CABANO, Superintendent; Joan Ross, Disciplinary Chairperson; Larry Hardy, Adjudicator, Defendants–Appellees.**

**No. 05–60526**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 26, 2006.

Charlie Taylor, Parchman, MS, pro se.

---

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Charlie Taylor, Mississippi prisoner # R6798, appeals the district court's dismissal of his civil rights complaint under 42 U.S.C. § 1983 for failure to exhaust administrative remedies.

Taylor argues that he exhausted his administrative remedies. In support of this argument, he contends only that he "filed several grievances and Rule Violation Report(s) appeals to defendant Larry Hardy who rejected them or ignored them pursuant to MISS.CODE ANN. § 47–5–801, MDOC policy 20–08–01. See *Gates v. Collier,* et al. No. GC71–CV–6–S–D, Order dated February 15, 1994." Taylor further asserts that "[t]he rejection and ignoring of Taylor's grievances and rule violation report appeals has satisfied the exhaustion requirement under 42 U.S.C. § 1997e(a)." Taylor does not give any specifics concerning his "rejected" or "ignored" grievances, nor does he explain how he exhausted administrative remedies by filing those grievances. Therefore, he has abandoned the only issue before this court. *See Hughes v. Johnson,* 191 F.3d 607, 612–13 (5th Cir.1999).

Taylor's appeal is without arguable merit and is thus frivolous. *See Howard v. King,* 707 F.2d 215, 220 (5th Cir.1983). Accordingly, we DISMISS his appeal as frivolous. 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.